18-1151-bk
*In re: Stillwater Asset Backed Offshore Fund Ltd.,*

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of September, two thousand nineteen.

PRESENT:  RICHARD C. WESLEY,
　　　　　 DENNY CHIN,
　　　　　 JOSEPH F. BIANCO,
　　　　　　　　 *Circuit Judges.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STILLWATER LIQUIDATING LLC,
　　　　　　　　 *Plaintiff-Appellant,*

　　　　　　 v.　　　　　　　　　　　　 18-1151-bk

NET FIVE AT PALM POINTE, LLC, NET FIVE
HOLDINGS, LLC, PLANET FIVE DEVELOPMENT
GROUP, LLC, NET FIVE SOUTH BEACH, LLC, NET
FIVE AT KINGS HOTEL, LLC, NET FIVE AT
HALLANDATE, LLC, BOGGY CREEK VILLAS, LLC,
NET VILLAS EAST LYME, LLC, NET FIVE-FDA AT
ISLAMORADA, LLC, 1888 BOGGY CREEK ROAD,
LLC, PLANET FIVE AT GEROVA, LLC, PAUL
ROHAN, ERIC HALTER, PARADIGM CREDIT

CORP., SAUNDERS CAPITAL, LLC, CALHOUN
COMMERCIAL, JUDGE STREET REALTY, LLC, SFN
DEKALB HOLDINGS, LLC, MEMPHIS BLUES
ACQUISITION GROUP, LLC, REDROCK KINGS,
LLC, JOHN R. DANIEL, III, YVETTE DANIEL, III,
STEPHEN J. MCDONALD, VICKI MCDONALD,
ALMA BANK,

<em>Defendants-Appellees,</em>

335 WASHINGTON AVENUE MIAMI BEACH, LLC,
347 WASHINGTON AVENUE MIAMI BEACH, LLC,

<em>Defendants,</em>

  *and*

GEROVA FINANCIAL GROUP, LTD.,

<em>Nominal Defendant.</em>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| FOR PLAINTIFF-APPELLANT: | DAVID B. GOROFF (Douglas E. Spelfogel *and* Katherine R. Catanese, *on the brief*), Foley & Lardner, LLP, New York, New York. |
| FOR DEFENDANTS-APPELLEES: | DAVID K. FIVESON, Butler, Fitzgerald, Fiveson & McCarthy, P.C., New York, New York, *for Defendants-Appellees SFN Dekalb Holdings, LLC and Judge Street Realty, LLC.* |
| | JONATHAN NELSON, Dorf & Nelson LLP, New York, New York, *for Defendant-Appellee Calhoun Commercial Construction LLC.* |
| | BRIAN J. GRIECO, McLaughlin & Stern, LLP, Great Neck, New York, *for Defendants-Appellees Paradigm Credit Corp., John R. Daniel, III, Yvette Daniel, III, Stephen J. McDonald, and Vicki McDonald.* |

BRUCE MINKOFF, Robinowitz Cohlan Dubow & Doherty LLP, White Plains, New York, *for Defendant-Appellee Saunders Capital LLC.*

CLIFFORD A. KATZ, Platzer, Swergold, Levine, Goldberg, Katz & Jaslow LLP, *for Defendant-Appellee Alma Bank.*

Thomas Alan Draghi *and* Daniel G. Lyons, Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, Uniondale, New York, *for Defendant-Appellee CL-RP Stonecrest LLC.*

Appeal from the United States District Court for the Southern District of New York (Ramos, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED.**

Plaintiff-appellant Stillwater Liquidating LLC ("Stillwater") is a court-approved entity charged with pursuing recoveries on behalf of creditors of Stillwater Asset Backed Offshore Fund Ltd. (the "Debtor"). Stillwater appeals from a March 30, 2018 judgment of the district court (Ramos, *J.*) affirming an order of the bankruptcy court (Wiles, *B.J.*) dismissing claims relating to allegedly fraudulent prebankruptcy transfers of assets and other claims relating to conspiracy, unjust enrichment, and constructive trust. The bankruptcy court explained its reasoning in a 106-page opinion entered September 2, 2016. The district court explained its reasoning in a 27-page

3

opinion and order entered March 30, 2018.  We assume the parties' familiarity with the underlying facts, procedural history, and issues on appeal.

Review of an order of a district court issued in its capacity as an appellate court is plenary.  *In re Manville Forest Prods. Corp.*, 896 F.2d 1384, 1388 (2d Cir. 1990).  The factual determinations and legal conclusions of the bankruptcy court are thus reviewed independently by this Court.  *Id.*  The bankruptcy court's findings of fact are reviewed for clear error, and its conclusions of law are reviewed *de novo*.  *Id.*

After an independent review of the record and relevant case law, we affirm for substantially the reasons articulated by the district court and the bankruptcy court in their thorough and carefully reasoned decisions.

*   *   *

We have considered all of Stillwater's arguments and conclude they are without merit.  For the foregoing reasons, we **AFFIRM** the judgment of the district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

4